MILES *v.* JACKSON COUNTY ROAD COMMISSION.

This case is controlled by *Konopka* v. *Jackson County Road Commission, ante,* 174.

Appeal from Department of Labor and Industry. Submitted October 3, 1934. (Docket No. 31, Calendar No. 37,493.) Decided January 7, 1935.

William M. Miles presented his claim against Jackson County Road Commission, employer, and Michigan Mutual Liability Company, insurer, for accidental injuries. Award to plaintiff. Defendants appeal. Affirmed.

*Alvin G. Dahlem* (*John A. Dahlem* and *William K. Sagendorph,* of counsel), for plaintiff.

*L. J. Carey* and *Geo. J. Cooper,* for defendants.

FEAD, J. This is a companion case to *Konopka* v. *Jackson County Road Commission, ante,* 174, and is governed by it.

Affirmed.

POTTER, C. J., and NELSON SHARPE, NORTH, WIEST, BUTZEL, BUSHNELL, and EDWARD M. SHARPE, JJ., concurred.